**In re Robert A. NYGARD and Virginia B. Nygard dba Reliable Plumbing, Debtors.**

**BAP No. EC 86–1012 MoVJ.**
**Bankruptcy No. 285–01999–D–7.**

United States Bankruptcy Appellate Panels of the Ninth Circuit.

Submitted Without Oral Argument Jan. 16, 1987.

Decided March 30, 1987.

Appeal from the United States Bankruptcy Court for the Eastern District of California; Hon. Loren S. Dahl, Bankruptcy Judge, Presiding.

Before MOOREMAN, VOLINN and JONES, Bankruptcy Judges.

Affirmed.